United States District Court
Southern District of Texas
**ENTERED**
February 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-908 |
| | § | |
| MANUEL GARCIA | § | |

### ORDER

On this the 19th day of February, 2016, came on to be heard the Motion to Release Material Witnesses JOSE EDUARDO XOOL-CUA, PEDRO, FERNANDO MENDOZA-UCAN, and ULISES EDUARDO SANCHEZ-TRINIDAD.  The Court is of the opinion, and the motion is hereby **DENIED.**

SIGNED and ORDERED this 19th day of February, 2016.

_____
Janis Graham Jack
Senior United States District Judge